UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    3:09-bk-06034-JAF

JAMES P WRIGHT and
KELLY H WRIGHT
                Debtors   /                Chapter 13

## ORDER DISMISSING CONFIRMED CHAPTER 13
## CASE FOR FAILURE TO MAKE PLAN PAYMENTS

The Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code on July 22, 2009. Based on the Order dated December 01, 2009, the Court ordered the Debtors to bring all payments current by a specific date, failing which, the Trustee was to file an Affidavit of Default and the case would be dismissed. The Trustee has filed an Affidavit of Default in this case.

Accordingly:

**IT IS ORDERED** that:

1. This case is dismissed without predjudice.

2. The automatic stay imposed by 11 U.S.C. Section 362 and the stay of action against co-debtor by 11 U.S.C. Section 1301 are lifted.

3. The Trustee shall disburse to creditors any monies not previously disbursed and file his final report.

**DONE AND ORDERED** at Jacksonville, Florida, on February _____3_____, 2010.

JERRY A. FUNK
**United States Bankruptcy Judge**

Copies to:
All Interested Parties